# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*April 26, 2005*

[Cite as *04/26/2005 Case Announcements,* 2005-Ohio-1937.]

## MOTION AND PROCEDURAL RULINGS

**2004–1860.   Bernabei v. Cincinnati Ins. Cos.**
Stark App. No. 2002CA00078, 2004-Ohio-4939. This cause is pending before the court as a discretionary appeal. On November 4, 2004, appellant filed a notice that a motion to certify a conflict was pending in the court of appeals and, pursuant to S.Ct.Prac.R. IV(4)(A), this court stayed consideration of the jurisdictional memoranda filed in this appeal. Whereas appellant has neither notified this court that the court of appeals determined that a conflict does not exist as provided by S.Ct.Prac.R. IV(4)(B) nor filed a copy of the court of appeals' order certifying the existence of a conflict as provided by S.Ct.Prac.R. IV(4)(C),

IT IS ORDERED by the court, sua sponte, that appellant show cause within ten days of the date of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. III(6).

**2004–1974.   In re Estate of Mason.**
Hancock App. No. 5–04–01, 2004-Ohio-6544. This cause in pending before the court as a discretionary appeal and claimed appeal of right. On November 29, 2004, appellant/cross-appellee filed a notice that a motion to certify a conflict was pending in the court of appeals and, pursuant to S.Ct.Prac.R. IV(4)(A), this court stayed consideration of the jurisdictional memoranda filed in this appeal. Whereas appellant/cross-appellee has neither notified this court that the court of appeals determined that a conflict does not exist as provided by S.Ct.Prac.R. IV(4)(B) nor filed a copy of the court of appeals' order certifying the existence of a conflict as provided by S.Ct.Prac.R. IV(4)(C),

IT IS ORDERED by the court, sua sponte, that appellant/cross-appellee show cause within ten days of the date of this entry why this court should not proceed to consider the jurisdictional memoranda in this appeal pursuant to S.Ct.Prac.R. III(6).

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*April 27, 2005*

[Cite as *04/27/2005 Case Announcements,* 2005-Ohio-1880.]

## MERIT DECISIONS WITHOUT OPINIONS

**2005–0231.   State ex rel. Badock v. McMonagle.**
In Mandamus. On respondents' answer and motion for summary judgment. On S.Ct.Prac.R. X(5) determination, cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

**2005–0347.   State ex rel. Wooden v. Bond.**
In Mandamus. On motion to dismiss. Motion to dismiss sustained. Cause dismissed.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.